**Form 611**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Judy I. Sankey** : | Case No. 18–24937–GLT |
| **fka Judy Blackwell** : | Chapter: 7 |
| *Debtor(s)* : | |
| : | |
| Natalie Lutz Cardiello, Trustee : | |
| *Movant(s),* : | Related to Doc. No. 32 |
| : | |
| v. : | Hearing Date: 12/19/19 at 11:00 AM |
| United States of America, Internal Revenue : | Response Date: 12/18/19 at 12:00 PM |
| Service; Commonwealth of Pennsylvania, : | |
| Department of Revenue; Butler County; City of : | |
| Butler; Butler Area School District; Butler : | |
| County Tax Claims Bureau; PHH Mortgage | |
| Corporation; and United States of America, Dept. | |
| of Housing and Urban Development | |
| *Respondent(s).* | |

## NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

**NOTICE IS HEREBY GIVEN THAT** an expedited motion entitled Expedited Motion to Sell Real Estate Free and Clear of Third Party Interests, Liens, Claims, Charges has been filed in the above–referenced case by .

A hearing has been scheduled for December 19, 2019 at 11:00 AM in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Responses to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on parties in interest on or before 12/18/2019 at 12:00 PM.

A courtesy copy of all responses shall be delivered to chambers with the filing.

Service shall be made as directed below. A certificate of service shall be filed with the Clerk immediately.

Dated: December 2, 2019

cm: Debtor
    Natalie Lutz Cardiello, Trustee

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Movant shall immediately serve a copy of this scheduling Order and the Motion by hand delivery, e–mail, or facsimile on the Respondent(s), any appointed trustee, Debtor(s), Debtor(s)' Attorney, all creditors whose interests may be affected by the relief requested, the U.S. Trustee, and the attorney for the committee (if any). In the absence of a committee (in a chapter 11 proceeding), the Movant shall serve the 20 largest unsecured creditors. Movant shall deliver a paper copy of the motion and this notice of hearing to chambers.